UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 05 B 01471
  DAWN MCALEER
                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-9972
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/18/05 and confirmed on 04/14/05.

2. The case was dismissed after confirmation, 03/14/2008.

3. The Debtor paid a total of $ 8393.17 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED | 9010.00 | 1431.04 | 4378.86 |
| ILLINOIS DEPT REVENUE | PRIORITY | 978.39 | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | 468.42 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 734.94 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2892.47 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 580.69 | .00 | .00 |
| CREDITORS BANKRUPTCY SER | UNSECURED | 676.92 | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 420.38 | .00 | .00 |
| THE SWISS COLONY | UNSECURED | 417.16 | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 6569.62 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 769.72 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 295.22 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 913.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9010.00 | 978.39 | 14738.54 | .00 | 24726.93 |
| PRINCIPAL PAID | 4378.86 | .00 | .00 | .00 | 4378.86 |
| INTEREST PAID | 1431.04 | .00 | .00 | .00 | 1431.04 |
| TOTAL PAID | 5809.90 | .00 | .00 | .00 | 5809.90 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP       , was allowed $ 2200.00 and was paid $   300.00 direct and $   1900.00 through the plan.

The Trustee received $    338.27 .

Refunds to the Debtor totaled $    345.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE  2
        CASE NO. 05 B 01471 DAWN MCALEER